UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **DAVID OGBONNA**, Defendant. | 4:14-CR-20466-TGB <br><br> **ORDER DENYING MOTION FOR RECOMMENDATION TO BUREAU OF PRISONS AS MOOT** |

On October 28, 2014, Defendant David Ogbonna pled guilty to possession of a firearm in furtherance of a drug trafficking crime, a violation of 18 U.S.C. §§ 924(c)(1)(A)–(i). ECF No. 16. On February 26, 2015, Defendant was sentenced to a prison term of sixty months followed by three years of supervised release. ECF No. 20.

On February 21, 2018, Defendant filed a motion requesting the Court issue a recommendation to the Bureau of Prisons that Defendant by placed in a halfway house six to nine months before his scheduled release date of December 5, 2018. ECF No. 23.

Bureau of Prisons records indicate that Defendant was released on December 4, 2018.[1] Accordingly, Defendant's Motion to Grant Recommendation (ECF No. 23) is DENIED AS MOOT. The Clerk shall close the case.

DATED this 25th day of October, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] Federal Bureau of Prisons, *Online Inmate Locator* (last visited Oct. 25, 2019, 11:23 AM), https://www.bop.gov/inmateloc/ (BOP registration number 50322039).